UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN M. REITZ, | ) |
| | ) |
| Plaintiff, | ) CASE NO. C08-056-MJP |
| | ) |
| v. | ) |
| | ) ORDER DENYING APPLICATION |
| FEDERAL GOVERNMENT, et al., | ) TO PROCEED IN FORMA PAUPERIS |
| | ) AND DISMISSING CASE |
| Defendants. | ) |

Plaintiff, who is proceeding *pro se*, has filed a motion to proceed in forma pauperis along with a proposed complaint. (Dkt. #1). A district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit. *See O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990) (citing *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987)). Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court shall dismiss an action if it is frivolous or malicious, fails to state a claim upon which relief may be granted, or it seeks monetary relief from a defendant who is immune from such relief. An action is frivolous if "it lacks an arguable basis in law or in fact." *Neitzke v. Willliams*, 490 U.S. 319, 325 (1989).

Here, Plaintiff's proposed complaint is a series of rambling statements that, among other things, assert that he was made a top national/world star after his childhood picture was taken in 1956 and that many favorite songs and movies were about him. Plaintiff's complaint appears to

ORDER DENYING APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND DISMISSING CASE - 1

1  allege psychological false imprisonment, bugging on his phones to purposely harass him, letting
2  TV networks with newspapers incite people against him, harassment at his place of living, threats
3  by officers of the law against him with their guns, an attempt to run over him by a state patrol
4  officer, a planned conspiracy to disable him, and someone starting "a revolution of fires" to
5  wreck his reputation with women around the country to scare them away.  Although he attempts
6  to pursue this action against the federal government, the justice department, federal courts, the
7  FBI, the FCC, former Presidents Carter, Reagan, Bush, Clinton, and President George W. Bush,
8  Plaintiff has:  (a) failed to specifically identify which federal statutory or constitutional rights
9  were allegedly violated, and (b) Plaintiff failed to make any allegations showing how the
10 individually named defendants caused or personally participated in depriving him of his federal or
11 constitutional rights.

12        Thus, in this case, Plaintiff's complaint appears to be frivolous and fails to state a claim
13 upon which relief may be granted.  Accordingly, Plaintiff's request to proceed in forma pauperis
14 is DENIED and this action is DISMISSED under 28 U.S.C. § 1915(e)(2)(B).

15        DATED this _22nd day of _February____, 2008.

                                                    Marsha J. Pechman
                                                    U.S. District Judge

Recommended for Entry
this 21st day of February, 2008.


  /s/Monica J. Benton
Monica J. Benton
United States Magistrate Judge


ORDER DENYING APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND DISMISSING CASE - 2