# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBIN REITZ,

        v.

FEDERAL GOVERNMENT, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-56MJP

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_xx_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's request to proceed in forma pauperis is DENIED and this action is DISMISSED under 28 U.S.C. § 1915(e)(2)(B).


February 22, 2008                              BRUCE RIFKIN
                                                              Clerk

                                               _/s M Duett_____
                                               By, Deputy Clerk